IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBBIE A. MESSNER, Individually :
and as Administratrix of the
Estate of Keith A. Messner,     :
         Plaintiff
                                :

    vs.                         :    CIVIL ACTION NO. 1:CV-01-0812

                                :
CONESCO LIFE INSURANCE COMPANY,
         Defendant              :

O R D E R

FILED
HARRISBURG, PA

MAY 1 4 2001

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

AND NOW, this 14th day of May, 2001, upon consideration of defendant's motion for enlargement of time, it is ORDERED that the motion is granted. Defendant shall respond to plaintiff's complaint on or before June 10, 2001.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 14, 2001

Re:  1:01-cv-00812    Messner v. Conesco Life Insuran

True and correct copies of the attached were mailed by the clerk
to the following:

    Glenn C. Vaughn, Esq.
    22 South Beaver St.
    York, PA   17401

    Henry M. Sneath, Esq.
    Doepken Keevican & Weiss, P.C.
    58th Floor; USX Tower
    Pittsburgh, PA   15219

    David T. Kluz, Esq.
    DOEPKEN, KEEVICAN & WEISS, P.C.
    Fourth Floor
    212 Locust Street
    Harrisburg, PA   17101

```
cc:
Judge                           (X )           ( ) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )

Bankruptcy Court                ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: May 14th, 2001

BY: _____
Deputy Clerk