# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P. O. BOX 11877
FEDERAL BUILDING
HARRISBURG, PA 17108-1877

**WILLIAM W. CALDWELL**
JUDGE

May 15, 2001



FILED
MAY 1 5 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

Re:   Debbie A. Messner v.
      Conesco Life Insurance Company
      Civil Action 1:CV-01-0812

The above action has been assigned to me. I will soon set a time and date for a case management conference, as required by Rule 16 of the Federal Rules of Civil Procedure. The purpose of the conference is to establish a schedule for the management of this case. The order scheduling the conference will inform you in more detail of what is required in preparation.

If an answer or other response has not been filed, it is important that this be accomplished in the time provided for in the federal rules for civil procedure. To this end, counsel and pro se litigants are notified not to enter into agreements for extension of time without also seeking court approval. Such agreements, unless approved, are not permitted by the Rules of Civil Procedure and cannot be honored.

William W. Caldwell
United States District Judge

cc:   Glenn C. Vaughn, Esquire
      Henry M. Sneath, Esquire
      file