UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

NOTICE

| | |
|---|---|
| Debbie A. Messner | CIVIL ACTION NO. 01-0812 |
| vs. | |
| Conesco Life Insurance Company | |

Type of Case:
             ( x ) Civil        ( ) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been
     **RESCHEDULED**   for the place, date and time set forth below:

U.S. District Court            NINTH FLOOR - IN CHAMBERS
228 Walnut Street              FROM: 07/25/01 at 10:30 a.m.
Harrisburg, PA 17108           TO: 07/20/01 at 9:30 a.m.

TYPE OF PROCEEDING:    Case Management Conference


                       Mary D'Andrea, Clerk


                       Ann Severino-Michael
                       Deputy Clerk

DATE: July 10, 2001

                                        FILED
                                     HARRISBURG, PA
Judge William W. Caldwell
Glenn C. Vaughn, Esquire                JUL 1 0 2001
David T. Kluz, Esquire
Henry M. Sneath, Esquire             MARY E. D'ANDREA, CLERK
File Copy                            Per _____ Deputy Clerk