

ORIGINAL
2 to cr w/o

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBBIE A. MESSNER, Individually and as Administratrix of the Estate of Keith A. Messner,<br><br>            Plaintiff,<br><br>    v.<br><br>CONSECO LIFE INSURANCE COMPANY,<br><br>            Defendant. | **1:CV-01-812**<br><br>J. Caldwell<br>Civil Action No.<br><br>**FILED<br>HARRISBURG**<br><br>JUL 1 7 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>   DEPUTY CLERK |

### MOTION FOR REQUEST TO RESCHEDULE DATE OF
### CASE MANAGEMENT CONFERENCE

NOW COMES the Defendant, Conseco Life Insurance Company ("Conseco"), by and through its counsel Doepken, Keevican & Weiss, and hereby requests that the case management conference be rescheduled, stating as follows:

1. Defendant requests this change based on the fact that counsel is required to attend a mediation in Philadelphia, Pennsylvania on July 20, 2001.

2. Defendant additionally requests this change based on the fact that plaintiff's counsel is also unavailable on July 20, 2001.

3. Both defendant's counsel and plaintiff's counsel are available on August 1, 2001 and August 2, 2001, if either of those dates is convenient for this Honorable Court.

WHEREFORE, Defendant Conseco Life Insurance Company requests that the case management conference be rescheduled.

{P0059094:1}

Respectfully submitted,

DOEPKEN KEEVICAN & WEISS
PROFESSIONAL CORPORATION

*[signatures]*

Henry M. Sneath, Esquire
Pa. I.D. #40559

David J. Kluz, Esquire
Pa. I.D. #18005

DOEPKEN KEEVICAN & WEISS
58th Floor, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Phone:       412.355.2600
Facsimile:   412.355.2609

Counsel for Defendant

{P0059094:1}

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBBIE A. MESSNER, Individually and as Administratrix of the Estate of Keith A. Messner, | : |
| Plaintiff, | : Civil Action No. |
| v. | : |
| CONSECO LIFE INSURANCE COMPANY, | : |
| Defendant. | : |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify, pursuant to Local Rule 7.1 of the U.S. States District Court for the Middle District of Pennsylvania, that on July 12, 2001, Erin L. Lorenz, Esquire, of Doepken Keevican & Weiss, conferred with plaintiff's counsel, Glenn C. Vaughn, Esquire, who indicated that he will not oppose the enlargement of time requested in the within Motion.

*Henry M. Sneath*
Henry M. Sneath, Esquire
Pa. I.D. #40559

Counsel for Defendant

{P0059094:1}

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Motion for Request to Reschedule Date of Case Management Conference has been served upon all parties either individually or through counsel by:

_____ Hand Delivery

__X__ First Class Mail, Postage Prepaid

_____ Certified Mail Return Receipt Requested

_____ Facsimile

at the following addresses:

> Glenn C. Vaughn, Esquire
> Pa. I.D. No. 07484
> 22 South Beaver Street
> York, PA 17401
> Counsel for Plaintiff

DOEPKEN KEEVICAN & WEISS
PROFESSIONAL CORPORATION

*Henry M. Sneath*
Henry M. Sneath, Esquire
David T. Kluz, Esquire

Dated: 7/17/01

{P0059094:1}