*see ad*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBBIE A. MESSNER, Individually :
and as Administratrix of the
Estate of Keith A. Messner,       :
          Plaintiff

                                  :

          vs.                     :   CIVIL ACTION NO. 1:CV-01-0812

                                  :

CONESCO LIFE INSURANCE COMPANY,   :
          Defendant               :

O R D E R

FILED
JUL 1 8 2001
PER ___
HARRISBURG, PA.        DEPUTY CLERK

          AND NOW, this 18th day of July, 2001, upon consideration

of defendant's motion to reschedule a case management conference,

it is ORDERED that the motion is granted and the conference is

rescheduled for the 1st day of August, 2001, at 1:00 p.m.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 18, 2001

Re: 1:01-cv-00812   Messner v. Conesco Life Insuran

True and correct copies of the attached were mailed by the clerk
to the following:

      Glenn C. Vaughn, Esq.
      22 South Beaver St.
      York, PA  17401

      Henry M. Sneath, Esq.
      Doepken Keevican & Weiss, P.C.
      58th Floor; USX Tower
      Pittsburgh, PA  15219

      David T. Kluz, Esq.
      DOEPKEN, KEEVICAN & WEISS, P.C.
      Fourth Floor
      212 Locust Street
      Harrisburg, PA  17101

```
cc:
Judge                         ( /)        ( ) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )

Bankruptcy Court              ( )
Other_____       ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____ 7/18/01 _____

BY: _____
Deputy Clerk