

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Debbie A. Messner v.  
Conseco Life Insurance Company

CASE NO: 1:CV-01-0812

DATE: August 1, 2001

Hon. __William W. Caldwell__ presiding __in chambers__ in __Harrisburg, PA__
Nature of Hearing __Case Management Conference__
Time Commenced __2:00 p.m.__ Time Terminated __2:10 p__

PLAINTIFF:           APPEARANCES           DEFENDANT:

Glen C. Vaughn, Esquire          Henry M. Sneath, Esquire

~~David T. Kluz, Esquire~~

**FILED**
HARRISBURG, PA
AUG 1 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☑ See Order

REMARKS: _____

Continue remarks and notes on back.