*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBBIE A. MESSNER, Individually :
and as Administratrix of the
Estate of Keith A. Messner,     :
        Plaintiff
                                :

        vs.                     :     CIVIL ACTION NO. 1:CV-01-0812

                                :
CONESCO LIFE INSURANCE COMPANY,
        Defendant               :

FILED
HARRISBURG, PA

AUG 1 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

   AND NOW, this 1st day of August, 2001, in connection with the case management conference in this matter IT IS ORDERED THAT:

   a) Discovery shall be completed by December 21, 2001. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by November 30, 2001, and defendant's report is due by December 28, 2001. Supplementations, if any, are due by January 18, 2002. (This case is on the standard track).

   b) Motions for joinder of parties shall be filed by August 31, 2001. Motions to amend pleadings shall be filed by August 31, 2001.

   c) All pre-trial motions shall be filed by January 15, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

   d) This case shall be placed on the May, 2002 trial list of this court, scheduling order to follow. Parties and known witnesses

      shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established.  Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

                                        */s/ William W. Caldwell*
                                        William W. Caldwell
                                        United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

August 1, 2001

Re:   1:01-cv-00812   Messner v. Conesco Life Insuran

True and correct copies of the attached were mailed by the clerk to the following:

Glenn C. Vaughn, Esq.
22 South Beaver St.
York, PA  17401

Henry M. Sneath, Esq.
Doepken Keevican & Weiss, P.C.
58th Floor; USX Tower
Pittsburgh, PA  15219

David T. Kluz, Esq.
DOEPKEN, KEEVICAN & WEISS, P.C.
Fourth Floor
212 Locust Street
Harrisburg, PA  17101

```
cc:
Judge                           (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen   ( )
                                         DA of County  ( )   Respondents   ( )
Bankruptcy Court                ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: 8/1/01                                    BY: _____
                                                      Deputy Clerk