**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBBIE A. MESSNER, Individually and as Administratrix of the Estate of Keith A. Messner, Plaintiff | : : : : |
| vs. | : CIVIL ACTION NO. 1:CV-01-0812 : : |
| CONSECO LIFE INSURANCE COMPANY, Defendant | : : |

**PRAECIPE FOR DISMISSAL**

AND NOW comes Glenn C. Vaughn, Esquire, counsel for Plaintiff, and requests that the Clerk mark this action dismissed upon the request of the Plaintiff by virtue of a settlement agreement reached with the Defendant to resolve the case in its entirety. Plaintiff's costs of Court (excluding attorney's fees) shall be reimbursed to the Plaintiff by the Defendant.

_____
Glenn C. Vaughn, Attorney for Plaintiff

**FILED**
HARRISBURG, PA

MAY 0 1 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk