

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBBIE A. MESSNER, Individually :
and as Administratrix of the
Estate of Keith A. Messner,     :
    Plaintiff
                               :

    vs.                        :  CIVIL ACTION NO. 1:CV-01-0812

                               :
CONESCO LIFE INSURANCE COMPANY,
    Defendant              :

O R D E R

    AND NOW, this 3rd day of April, 2002, counsel having reported to the court that the above action has been settled,

    It is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                                                         William W. Caldwell
                                                         United States District Judge

FILED
MAY 3 2002
PER
HARRISBURG, PA.   DEPUTY CLERK

AO 72A